FILE COPY



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

EX PARTE REVAT RENE VARA                    CAUSE NUMBER WR-75,987-04


## ORDER

The above styled and numbered cause is before this Court on application for writ of habeas corpus from Applicant's driving while intoxicated driving while intoxicatedconviction in Cause No. 1061075-A from the 208th District Court of Harris County.

The Court is of the opinion that the State's exhibit 2, a videotape, should be inspected. Pursuant to TEX. R. APP. P. 34.6(g)(2), the District Clerk of Harris County is ordered to file the Exhibit with the Clerk of this Court on or before the 4th day of January, 2016.


IT IS SO ORDERED THIS THE 23RD DAY OF DECEMBER, 2015

PER CURIAM

EN BANC
DO NOT PUBLISH